**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dwight Murray,<br><br>                Plaintiff,<br><br>    v.<br><br>Corrections Corporation of America<br>Chaplin Bermudes<br>Gina Sween<br>Joe Stichen<br>Lorie Laclare<br>Charles DeRosa<br>Kash Elkins<br>Cary Davis,<br><br>                Defendants. | No. 2:11-cv-02210-RCB-JR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CARY DAVIS ONLY** |

      Based on the stipulation of Plaintiff and Defendants,

      IT IS HEREBY ORDERED that all claims filed in the above-entitled action as to Defendant Cary Davis <u>only</u> shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

      DATED this 9th day of January, 2013.

                                        _____
                                        Robert C. Broomfield
                                        Senior United States District Judge